# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**OMAR KHAYYAM HUMPHREY**                                       **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 1:15-cv-424-JCG**

**SOUTH MISSISSIPPI CORRECTIONAL**
**INSTITUTION, ET AL.**                                       **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered on February 21, 2017 dismissing with prejudice Plaintiff's claims regarding the circumstances of his housing, and dismissing without prejudice Plaintiff's claims regarding his RVR, this civil action against Defendants Jacquelyn Banks, Marshall Fisher, Marshall Turner, and James Cooksey should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff's claims regarding the circumstances of his housing are dismissed with prejudice, and Plaintiff's claims regarding his RVR are dismissed without prejduice.

**SO ORDERED** this the 22nd day of February, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE